REED SMITH LLP
A limited liability partnership formed in the State of Delaware

COPY

**RECEIVED**
JAN 2 0 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DICK NEWMAN, ANN NEWMAN, AND THE CLASS OF PERSONS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL ONE SERVICES, INC.; TRANS UNION LLC; EQUIFAX, INC.; EXPERIAN SERVICES CORP.; BANK OF AMERICA CORPORATION; JPMORGAN CHASE & CO.; MBNA MARKETING SYSTEMS, INC.; DISCOVER FINANCIAL SERVICES, INC.; FIRST USA BANK, A BANK ONE COMPANY; CAVALRY PORTFOLIO SERVICES, LLC; DAVID A. BAUER,<br><br>Defendants. | No.: C05-05409 JW HRL<br><br>[PROPOSED] ORDER RE DEFENDANT CAPITAL ONE BANK'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>Date: February 27, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom 8<br><br>Compl. Filed: December 29, 2005<br><br>Honorable James Ware |

DOCSLA-15517765.1

Case No: C05-05409 JW HRL
[Proposed] Order Re Defendant Capital One Bank's Motion for Enlargement of Time to Respond to Complaint

Having fully considered Defendant Capital One Bank's (erroneously sued as Capital One Services, Inc.) Motion for Enlargement of Time to Respond to Plaintiffs' Complaint, all papers submitted in connection with the Motion, oral arguments, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendant Capital One Bank's Motion for Enlargement of Time to Respond to Plaintiffs' Complaint is GRANTED.

2. Defendant Capital One Bank (erroneously sued as Capital One Services, Inc.) will have until **March 6, 2006** to respond to Plaintiffs' Complaint in this action.

DATED: Feb. 8 , 2006

/s/ James Ware
Honorable James Ware


# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On January 20, 2006, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER RE DEFENDANT CAPITAL ONE BANK'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

Stanley G. Hilton, Esq.                415.378.6142 Telephone
Law Offices of Stanley G. Hilton       650.276.2388 Facsimile
2570 North First Street, Suite 200
San Jose, CA 95131

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 20, 2006, at Los Angeles, California.

*/s/ Patricia S. Carr*
Patricia S. Carr

DOCSLA-15517770.1

– 1 –