**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dick Newman, et al., | NO. C 05-05409 JW |
| Plaintiffs, | **CORRECTED ORDER SETTING HEARING FOR DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Capital One Services, Inc., et al., | |
| Defendants. | |

On March 15, 2006, the Court granted Defendants Bank of America Corporation and MBNA Marketing Systems, Inc.'s Motion for Enlargement of Time to Respond to Plaintiffs' Complaint and setting a hearing for Defendants' motion to dismiss. The date requested by Defendants is May 18, 2006. The Court is unavailable that date. Accordingly, the Court sets the hearing for Defendants' motion to dismiss on **May 22, 2006 at 9 a.m.** The briefing schedule shall be pursuant to the Court's Civil Local Rules.

Dated: March 16, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham Joshua Colman acolman@reedsmith.com
Brandon Claus Fernald bfernald@fulbright.com
Deborah E. Yim dyim@reedsmith.com
Lisa Boyoung Kim lkim@reedsmith.com
Scott H. Jacobs shjacobs@reedsmith.com
Stanley G. Hilton FROG727@AOL.COM

**Dated: March 16, 2006**               **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                                **Melissa Peralta**
                                                **Courtroom Deputy**

United States District Court
For the Northern District of California