1
2
3
4
5
6
7                   IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                        SAN JOSE DIVISION

10   Dick Newman, et al.,                    NO. C 05-05409 JW

11              Plaintiffs,           **ORDER RESCHEDULING HEARING ON
                                      MOTION**
         v.
12
     Capital One Services, Inc., et al.,
13
              Defendant(s).
14   _____/

15        Please take note that on the Court's own motion, the hearing on Defendant's Motion to

16   Dismiss Complaint presently scheduled for May 22, 2006 at 9 a.m. is now moved to **June 2, 2006 at**

17   **9 a.m.**

18

19   Dated:  May 10, 2006

20                                    JAMES WARE
                                      United States District Judge
21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Abraham Joshua Colman acolman@reedsmith.com
Brandon Claus Fernald bfernald@fulbright.com

3   Deborah E. Yim dyim@reedsmith.com
Lisa Boyoung Kim lkim@reedsmith.com

4   Scott H. Jacobs shjacobs@reedsmith.com
Stanley G. Hilton FROG727@AOL.COM

5

6

7   **Dated:  May 10, 2006**                              **Richard W. Wieking, Clerk**

8                                                                       **By:   /s/ JW Chambers**
                                                                              **Melissa Peralta**

9                                                                              **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28