Abraham J. Colman (SBN 146933)
Deborah E. Yim (SBN 217400)
Lisa B. Kim (SBN 229369)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: dyim@reedsmith.com

Attorneys for Defendant
Capital One Bank (erroneously sued as Capital One Services, Inc.)



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DICK NEWMAN, ANN NEWMAN, AND THE CLASS OF PERSONS SIMILARLY SITUATED,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CAPITAL ONE SERVICES, INC.; TRANS UNION LLC; EQUIFAX, INC.; EXPERIAN SERVICES CORP.; BANK OF AMERICA CORPORATION; JPMORGAN CHASE & CO.; MBNA MARKETING SYSTEMS, INC.; DISCOVER FINANCIAL SERVICES, INC.; FIRST USA BANK, A BANK ONE COMPANY; CAVALRY PORTFOLIO SERVICES, LLC; DAVID A. BAUER,<br><br>　　　　　　　Defendants. | No.: C05-05409 JW HRL<br><br>The Honorable James Ware<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　　WHEREAS, the First Amended Complaint ("FAC") in the above-captioned action was filed on July 14, 2006;

　　　WHEREAS, Defendants Capital One Services, Inc., Bank of America Corporation, and MBNA Marketing Systems, Inc. (collectively "Defendants") must respond to the FAC by July 18, 2006;

1   WHEREAS, this is the Defendants' first time requesting a
2   continuance of the date to respond to the FAC;
3   WHEREAS, an extension of time within which to respond to the
4   FAC will not alter the date of any event or any deadline already
5   fixed by Court order;
6   IT IS HEREBY stipulated by and between Defendants Capital One
7   Services, Inc., Bank of America Corporation, and MBNA Marketing
8   Systems, Inc. and Plaintiffs Dick Newman, Ann Newman, and the class
9   of persons similarly situated, that Defendants Capital One
10  Services, Inc., Bank of America Corporation, and MBNA Marketing
11  Systems, Inc. have until August 18, 2006 to file a response to the
12  FAC.

14  DATED: July 27, 2006          REED SMITH LLP

                                  By _____
                                  Deborah E. Yim
                                  Attorneys for Defendant
                                  Capital One Services, Inc.

19  DATED: July 27, 2006          FULBRIGHT & JAWORSKI LLP

                                  By _____
                                  Brandon Claus Fernald
                                  Attorneys for Defendants
                                  Bank of America Corporation and
                                  MBNA Marketing Systems, Inc.

24  DATED: July 27, 2006          LAW OFFICES OF STANLEY G. HILTON

                                  By _____
                                  Stanley G. Hilton
                                  Attorneys for Plaintiffs
                                  Dick Newman, Ann Newman, and the
                                  class of persons similarly situated

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On July 28, 2006, I served the following document(s) by the method indicated below:

**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

**PLEASE SEE SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 28, 2006, at Los Angeles, California.

*Sallie Montgomery*
Sallie Montgomery

— 1 —

DOCSLA-15525039.1-SMONTGOMERY 7/28/06 8:55 AM

## SERVICE LIST

***ATTORNEY FOR PLAINTIFFS***
Stanley G. Hilton, Esq.                     (T) 415.786.4821
Law Offices of Stanley G. Hilton            (F) 650.276.2388
2570 North First Street
Suite 200
San Jose, CA 95131-1037
FROG727@AOL.com

***ATTORNEY FOR DEFENDANT BANK OF AMERICA CORP.***
Brandon Claus Fernald                       (T) 213.892.9200
Fulbright & Jaworski L.L.P.                 (F) 213.892.9494
555 South Flower Street
41st Floor
Los Angeles, CA 90071
bfernald@fulbright.com

***ATTORNEY FOR DEFENDANT MBNA MARKETING SYSTEMS, INC.***
Brandon Claus Fernald                       (T) 213.892.9200
Fulbright & Jaworski L.L.P.                 (F) 213.892.9494
555 South Flower Street
41st Floor
Los Angeles, CA 90071
bfernald@fulbright.com

DOCSLA-15525039.1-SMONTGOMERY 7/28/06 8:55 AM