**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dick Newman, et al., | NO. C 05-05409 JW |
|        Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION FOR SANCTIONS** |
| v. | |
| Capital One Services, Inc., et al., | |
|        Defendants. | |

The Court finds it appropriate to take Defendants' Motion to Dismiss and Motion for Sanctions under submission without oral arguments. See Civ. L.R. 7-1(b). Accordingly, the hearing presently scheduled for November 13, 2006 is VACATED.

Dated: November 9, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham Joshua Colman acolman@reedsmith.com
Brandon Claus Fernald bfernald@fulbright.com
Deborah Barack dbarack@stroock.com
Deborah E. Yim dyim@reedsmith.com
Lindsay G. Carlson lcarlson@stroock.com
Lisa Boyoung Kim lkim@reedsmith.com
Scott H. Jacobs shjacobs@reedsmith.com
Stanley G. Hilton FROG727@AOL.COM

**Dated:  November 9, 2006**              **Richard W. Wieking, Clerk**

                                                                     **By:   /s/ JW Chambers**
                                                                              **Elizabeth Garcia**
                                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California