1  ROBERT M. DAWSON (CA Bar 81790)
   BRANDON C. FERNALD (CA Bar 222429)
2  **FULBRIGHT & JAWORSKI L.L.P.**
   555 South Flower Street, Forty-First Floor
3  Los Angeles, California  90071
   Telephone:  (213) 892-9200
4  Facsimile:  (213) 892-9494
   Email:      rmdawson@fulbright.com
5              bfernald@fulbright.com

6  Attorneys for Defendants
   Bank of America N.A. (USA) (erroneously sued as
7  Bank of America Corporation)
   and FIA Card Services, N.A. (erroneously sued as
8  MBNA Marketing Systems, Inc.)

9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15  DICK NEWMAN, ANN NEWMAN, AND THE      )   No.  C 05-05409 JW
    CLASS OF PERSONS SIMILARLY            )
16  SITUATED,                             )
                                          )
17                Plaintiffs,             )
                                          )   **NOTICE OF MOTION AND**
18       v.                               )   **MOTION FOR CONTINUANCE OF**
                                          )   **CASE MANAGEMENT**
19  CAPITAL ONE SERVICES, INC.; TRANS     )   **CONFERENCE; DECLARATION OF**
    UNION LLC; EQUIFAX, INC.; EXPERIAN    )   **BRANDON C. FERNALD**
20  SERVICES CORP.; BANK OF AMERICA       )
    CORPORATION; JP MORGAN CHASE & CO.;   )
21  MBNA MARKETING SYSTEMS, INC.;         )
    DISCOVER FINANCIAL SERVICES, INC.;    )
22  FIRST USA BANK, A BANK ONE            )
    COMPANY; CAVALRY PORTFOLIO            )
23  SERVICES, LLC; DAVID A. BAUER,        )
                                          )
24                Defendants.             )   Date:  January 22, 2007
                                          )   Time:  10:00 a.m.
25                                        )   Place: Courtroom 8
                                          )
26  ─────────────────────────────────────

27

28

DOCUMENT PREPARED ON RECYCLED PAPER

31216773.1                    – 1 –

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Bank of America N.A. (USA) (erroneously sued as Bank of America Corporation) and FIA Card Services, N.A. (erroneously sued as MBNA Marketing Systems, Inc.) (collectively, "Moving Defendants") hereby move the Court pursuant to local rules 6-3 and 7-11 for a continuance of the case management conference presently set for January 22, 2007 at 10:00 a.m. for sixty (60) days or until such time as the pleadings in this matter are settled. In support of this motion, Moving Defendants show unto the Court as follows:

1. To date, Plaintiff has only served four of the twelve named defendants in this case;

2. Presently pending before the Court are the motions of the four served defendants (including the Moving Defendants) to dismiss the First Amended Complaint without leave to amend;

3. Also pending before the Court is Moving Defendants' Motion for Sanctions Pursuant to FRCP Rule 11, which is unopposed;

4. All of these motions were previously set for hearing on November 13, 2006. Pursuant to an order of the Court dated November 9, 2006, the November 13 hearing was vacated and the pending motions were taken under submission.

5. Should any of the respective Defendants' requested relief be granted, some or all of Plaintiffs' claims will be dismissed or leave will be granted to file a Second Amended Complaint. In either case, there will be little need to set out post-pleading discovery, dispositive motion and trial dates for at least another 45 to 60 days.

6. Accordingly, it is in the interests of the parties as well as judicial economy to continue the case management conference for sixty (60) days or until such time as the pleadings in this matter are settled.

7. Counsel for defendants Capital One Bank and Transunion LLC were consulted and join in this motion.

8. Counsel for Plaintiffs was consulted and joins in this motion.

9. By order of the Court dated November 3, 2006, the previously set Case Management Conference was continued pending the outcome of the above-referenced motions.

This motion is based on this Notice of Motion and the accompanying Declaration of Brandon C. Fernald.

          ROBERT M. DAWSON
          BRANDON C. FERNALD
          **FULBRIGHT & JAWORSKI L.L.P.**

Dated: January 7, 2007      By     /s/
          BRANDON C. FERNALD
          Attorneys for Defendants
          Bank of America N.A. (USA) (erroneously sued as Bank of America Corporation)
          and FIA Card Services, N.A. (erroneously sued as MBNA Marketing Systems, Inc.)

**IT IS SO ORDERED**:

The Case Management Conference scheduled for January 22nd 2007 at 10:00 AM has been continued to March 26th 2007 at 10:00 AM to resolve the parties issues with pleadings.

Date: January 09, 2007

United States District Court
Judge James Ware

## DECLARATION OF BRANDON C. FERNALD

I, Brandon C. Fernald, say and declare as follows:

1. I am an attorney licensed to practice in the State of California and an associate in the law firm of Fulbright & Jaworski L.L.P. counsel of record for defendants Bank of America N.A. (erroneously sued as Bank of America Corporation) and FIA Card Services, N.A. (erroneously sued as MBNA Marketing Systems, Inc.) (collectively, the "Moving Defendants"). I make this declaration in support of the Moving Defendants' Motion for Continuance of the Case Management Conference. This declaration is based on my own personal knowledge and if called as a witness would and could competently testify thereto.

2. On Thursday, January 4, 2007 I sent an email to counsel for Plaintiffs, Capital One Bank and Transunion LLC (to all of the email addresses listed on the electronic docket for this case) suggesting that we file a joint motion requesting a continuance of the Case Management Conference set for January 22, 2007 pending the outcome of the motions the Court has taken under submission. I also requested that if counsel were not amenable to advise me whether they would oppose a motion to continue the Case Management Conference.

3. Counsel for Capital One Bank and Transunion LLC both responded Thursday afternoon indicating that they would join in the motion.

4. I sent a second email to counsel for Plaintiffs on Friday morning, January 5, 2007 advising him that counsel for the other served defendants had agreed to join in this motion and to please advise me by end of business Friday whether or not he intended to join or oppose.

5. Counsel for Plaintiffs responded via email on Sunday, January 7, 2007 and indicated that he would join in the motion as well.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of January, 2007 in Los Angeles, California.

/s/
Brandon C. Fernald

DOCUMENT PREPARED ON RECYCLED PAPER