**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN JOSE DIVISION

10   Dick Newman, et al.,                                    NO. C 05-05409 JW

11              Plaintiffs,                        **ORDER TO SHOW CAUSE**
        v.                                         **RE: SETTLEMENT**
12
     Capital One Services, Inc., et al.,
13
                Defendants.
14   _____/

15          On August 3, 2007, Plaintiffs and Defendant Capital One Bank ("Capital One") informed the

16   Court that the above-entitled matter has reached a settlement as to Capital One.  In light of the

17   settlement, the Court vacates all trial and pretrial dates.  Capital One's motion to dismiss Plaintiffs'

18   Second Amended Complaint is deemed withdrawn.  On or before **September 3, 2007**, the parties

19   shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

20          If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8,

21   4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 10,**

22   **2007**, at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed.

23   R. Civ. P. 41(b).  On or before **September 3, 2007**, the parties shall file a joint statement in response

24   to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the

25   parties for finalizing the settlement and how much additional time is requested to finalize and file

26   the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be

27   automatically vacated.

28

1        Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

2   this action.

3

4   Dated:  August 3, 2007                                    _James Ware_____

                                                  JAMES WARE
5                                                 United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham Joshua Colman acolman@reedsmith.com
Brandon Claus Fernald bfernald@fulbright.com
Deborah  Barack dbarack@stroock.com
Deborah E. Yim dyim@reedsmith.com
Felicia Yangru Yu fyu@reedsmith.com
Lindsay G. Carlson lcarlson@stroock.com
Lisa Boyoung Kim lkim@reedsmith.com
Scott H. Jacobs shjacobs@reedsmith.com
Stanley G. Hilton FROG727@AOL.COM

**Dated:  August 3, 2007**                          **Richard W. Wieking, Clerk**


                                                    **By:  /s/ JW Chambers**
                                                          **Elizabeth Garcia**
                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California