IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dick Newman, et al., | NO. C 05-05409 JW |
|     Plaintiffs, | **ORDER RE: MOVING DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| v. | |
| Capital One Services, Inc., et al., | |
|     Defendants. | |

The Court will conduct a hearing on the motions to dismiss filed by Bank of America, N.A., FIA Card Services, N.A., and Trans Union, LLC, as originally scheduled, on **August 6, 2007** at **9 AM**. The Court will not entertain further inquiries on the scheduling of these motions.

Dated: August 3, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham Joshua Colman acolman@reedsmith.com
Brandon Claus Fernald bfernald@fulbright.com
Deborah  Barack dbarack@stroock.com
Deborah E. Yim dyim@reedsmith.com
Felicia Yangru Yu fyu@reedsmith.com
Lindsay G. Carlson lcarlson@stroock.com
Lisa Boyoung Kim lkim@reedsmith.com
Scott H. Jacobs shjacobs@reedsmith.com
Stanley G. Hilton FROG727@AOL.COM

**Dated:  August 3, 2007**               **Richard W. Wieking, Clerk**

                                                              **By:  /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California