STANLEY G. HILTON (CA Bar 65990)
**LAW OFFICES OF STANLEY G. HILTON**
580 California Street, Suite 500
San Francisco, CA  94104
Telephone: (415) 786-4821
Facsimile:  (415) 276-2388
Email:      4561414@gmail.com

Attorney for Plaintiffs

ROBERT M. DAWSON (CA Bar 81790)
BRANDON C. FERNALD (CA Bar 222429)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494
Email:      rmdawson@fulbright.com
            bfernald@fulbright.com

Attorneys for Defendants
Bank of America N.A. (USA) and FIA Card Services, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DICK NEWMAN, ANN NEWMAN, AND THE CLASS OF PERSONS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE SERVICES, INC.; TRANS UNION LLC; EQUIFAX, INC.; EXPERIAN SERVICES CORP.; BANK OF AMERICA N.A. (USA); JP MORGAN CHASE & CO.; FIA CARD SERVICES N.A.; DISCOVER FINANCIAL SERVICES, INC.; FIRST USA BANK, A BANK ONE COMPANY; CAVALRY PORTFOLIO SERVICES, LLC; DAVID A. BAUER,<br><br>Defendants. | No. C 05-05409 JW<br><br>**STIPULATED VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE AND [PROPOSED] ORDER** |

31359452.1

DOCUMENT PREPARED ON RECYCLED PAPER

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Dick Newman and Ann Newman (collectively, "Plaintiffs"), Bank of America N.A. (USA) and FIA Card Services N.A., by and through their respective counsel of record, stipulate and request the Court to order as follows:

1. That all claims by Plaintiffs herein against defendants Bank of America N.A. (USA) and FIA Card Services N.A. are dismissed with prejudice.

STANLEY G. HILTON
**LAW OFFICES OF STANLEY G. HILTON**

Dated: August 3, 2007                 By_____/s/_____
                                          STANLEY G. HILTON
                                      Attorneys for Plaintiffs

ROBERT M. DAWSON
BRANDON C. FERNALD
**FULBRIGHT & JAWORSKI L.L.P.**

Dated: August 3, 2007                 By_____/s/_____
                                          BRANDON C. FERNALD
                                      Attorneys for Defendants
                                      Bank of America N.A. (USA) and FIA Card
                                      Services, N.A.

# **ORDER**

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That all claims by Plaintiffs herein against defendants Bank of America N.A. (USA) and FIA Card Services N.A. are dismissed with prejudice.

The hearing presently scheduled for August 6, 2007 on Bank of America's motion to dismiss is VACATED as to Bank of America and FIA Card Services.

DATED: August _3_, 2007                                   _____
                                                                                    United States District Judge