IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Dick Newman, et al., | NO. C 05-05409 JW |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Capital One Services, Inc., et al., | |
| Defendants. | |

On August 3, 2007 and August 6, 2007, Plaintiffs and Defendants Capital One Bank ("Capital One") and Trans Union, LLC ("Trans Union") informed the Court that the above-entitled matter has reached a settlement as to Capital One and Trans Union. In light of the settlement, the Court vacates all trial and pretrial dates. Both Defendants' motions to dismiss Plaintiffs' Second Amended Complaint are deemed withdrawn. On or before **September 10, 2007**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **September 17, 2007**, at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **September 10, 2007**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

This Order VACATES the previous Order to Show Cause as to Capital One. (<u>See</u> Docket Item No. 97.)

Dated:  August 6, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Abraham Joshua Colman acolman@reedsmith.com
Brandon Claus Fernald bfernald@fulbright.com
Deborah Barack dbarack@stroock.com
Deborah E. Yim dyim@reedsmith.com
Felicia Yangru Yu fyu@reedsmith.com
Lindsay G. Carlson lcarlson@stroock.com
Lisa Boyoung Kim lkim@reedsmith.com
Scott H. Jacobs shjacobs@reedsmith.com
Stanley G. Hilton FROG727@AOL.COM

**Dated: August 6, 2007**                                    **Richard W. Wieking, Clerk**

                                                             **By: /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**