1   STROOCK & STROOCK & LAVAN LLP
    STEPHEN J. NEWMAN (State Bar No. 181570)
2   DEBORAH E. BARACK (State Bar No. 207493)
    2029 Century Park East, Suite 1800
3   Los Angeles, California  90067-3086
    Telephone: 310-556-5800
4   Facsimile: 310-556-5959
    Email: dbarack@stroock.com, lacalendar@stroock.com
5
    Attorneys for Defendant
6    TRANSUNION LLC

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12  DICK NEWMAN, et al.,                )   Case No. 5:05-cv-05409-JW
                                        )
13              Plaintiffs,             )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER OF DISMISSAL WITH**
14          vs.                         )   **PREJUDICE AS TO TRANSUNION LLC**
                                        )
15  CAPITAL ONE SERVICES, INC., et al., )
                                        )
16              Defendants.             )
                                        )
17                                      )
                                        )
18  _____  )

19

20

21

22

23

24

25

26

27

28

50368363v1

WHEREAS, plaintiffs Dick Newman and Ann Newman ("Plaintiffs") and defendant TransUnion LLC ("TU") have reached a settlement of the claims against TU in this action.

IT IS HEREBY STIPULATED by and between Plaintiffs and TU that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure as to TU only, Plaintiffs and TU to bear their own costs and attorneys' fees.

Dated: August ___, 2007

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
DEBORAH E. BARACK

By: _____
Deborah E. Barack

Attorneys for Defendant
TRANSUNION LLC

Dated: August ___, 2007
**AUG 3 1 2007**

LAW OFFICES OF STANLEY G. HILTON
STANLEY G. HILTON

By: _____
Stanley G. Hilton

Attorneys for Plaintiffs
DICK NEWMAN and ANN NEWMAN

IT IS SO ORDERED.

Dated: _____

_____
The Honorable James Ware
Judge of the United States District Court

1    WHEREAS, plaintiffs Dick Newman and Ann Newman ("Plaintiffs") and defendant

2  TransUnion LLC ("TU") have reached a settlement of the claims against TU in this action.

3    IT IS HEREBY STIPULATED by and between Plaintiffs and TU that the above-captioned

4  action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules

5  of Civil Procedure as to TU only, Plaintiffs and TU to bear their own costs and attorneys' fees.

6

7  Dated: ~~August~~ Sept. 10, 2007

STROOCK & STROOCK & LAVAN LLP
STEPHEN J. NEWMAN
DEBORAH E. BARACK

By: _____
              Deborah E. Barack

Attorneys for Defendant
TRANSUNION LLC

14 Dated: August __, 2007

LAW OFFICES OF STANLEY G. HILTON
STANLEY G. HILTON

By: _____
              Stanley G. Hilton

Attorneys for Plaintiffs
DICK NEWMAN and ANN NEWMAN

**IT IS SO ORDERED.**

Dated: _____September 12, 2007_____

_____
The Honorable James Ware
Judge of the United States District Court

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             )   ss
COUNTY OF LOS ANGELES        )

  I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

  On September 10, 2007, I served the foregoing document(s) described as: **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO TRANSUNION LLC** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

<table>
<tr>
<td>

Stanley G. Hilton
Law Offices of Stanley G. Hilton
2570 North First St., Suite 200
San Jose, California 95131

Brandon Claus Fernald
Fulbright & Jaworski L.L.P.
555 South Flower Street, 41st Floor
Los Angeles, California 90071

</td>
<td>

Abraham Joshua Colman
Deborah E. Yim
Lisa Boyoung Kim
Scott H. Jacobs
Reed Smith LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, California 90071

</td>
</tr>
</table>

☐  **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☒  **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐  **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☐  **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

☒  **(VIA ELECTRONIC MAIL)** Per party agreement, documents have been served via electronic mail to the following email addresses: Frog727@aol.com; acolman@reedsmith.com; dyim@reedsmith.com; lkim@reedsmith.com; shjacobs@reedsmith.com; bfernald@fulbright.com

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  Executed on September 10, 2007, at Los Angeles, California.

| Dino Shorté | /s/ Dino Shorté |
|---|---|
| [Name] | [Signature] |

- 3 -

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO TRANSUNION LLC;
Case No. 5:05-cv-05409-JW

50368363v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086