1  STANLEY G. HILTON, BAR NO. 65990
   LAW OFFICES OF STANLEY G. HILTON.
2  2570 North First Street, Ste. 200
   San Jose, California 95131
3  Tel: (415) 786-4821
   Fax: (650) 276-2388
4
   Attorney for Plaintiffs
5  DICK NEWMAN AND ANN NEWMAN

6

7              UNITED STATES DISTRICT COURT

8         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

9

10 DICK NEWMAN, ANN NEWMAN,         )   No. 05-cv-05409
   AND THE CLASS OF PERSONS         )
11 SIMILARLY SITUATED,              )   STIPULATION AND [PROPOSED] ORDER
                                    )   GRANTING DISMISSAL WITH
12          Plaintiffs,             )   PREJUDICE AS TO DEFENDANT
                                    )   CAPITAL ONE SERVICES
13          vs.                     )
                                    )
14 CAPITAL ONE SERVICES, INC.;      )
   TRANS UNION LLC; EQUIFAX, INC.;  )
15 EXPERIAN SERVICES CORP.;         )
   BANK OF AMERICA CORPORATION;     )
16 JPMORGAN CHASE & CO.; MBNA       )
   MARKETING SYSTEMS, INC.;         )
17 DISCOVER FINANCIAL SERVICES,     )
   INC.; FIRST USA BANK, A BANK     )
18 ONE COMPANY; CAVALRY             )
   PORTFOLIO SERVICES, LLC; DAVID   )
19 A. BAUER;                        )
                                    )
20          Defendants.             )
                                    )
21 _____ )

22

23

24

25

26

27

28

                                    1

Stipulation and Order of Dismiss

1  Whereas, plaintiffs Dick Newman and Ann Newman ("Plaintiffs") and defendant Capital
2  One Services have reached a settlement of the claims against Capital One Services in this action.
3  It is hereby stipulated by and between plaintiffs and Capital One Services that the above-
4  captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the
5  Federal Rules of Civil Procedure as to Capital One Services only, plaintiffs and Capital One
6  Services each to bear their own costs and attorney fees.

DATED: September 12, 2007        REED SMITH LLP

By _____
AMIR SCHLESINGER
Attorney for Defendant Capital One Services

DATED: September 10, 2007        LAW OFFICES OF STANLEY G. HILTON

By _____
Stanley G. Hilton
Attorney for Plaintiff

IT IS SO ORDERED.  The Clerk shall close the file.

DATED:  September 17, 2007

By _____
The Honorable James Ware
Judge of the US District Court

Stipulation and Order of Dismiss

2